ORIGINAL:
FILED - COPY
12/17/24

# IN THE UNITED STATES DISTRICT COURT
## FOR THE ORLANDO MIDDLE DISTRICT

In RE Leroy Crowder Reed, Jr. et.
   PLAINTIFF / CITIZEN (U.S.A.)

.VIZ.

SERGENT; ROBERT TILLMAN
LT; L KING
ASST. WARDEN: A. JOHN AND G. WOODARD, WARDEN
CORPORATION OF DEPARTMENT OF CORRECTION
AS LEGAL ENTITES IN THEIR
OFFICIAL CAPACITIES, AS
   DEFENDANTS JOINT TORTFEASORS - COLLATERAL SOURCES

## I. JURISDICTION & VENUE

1. [A] DISCRIMINATION OF CIVIL RIGHT ACTION AUTHORIZED UNDER 42.U.S.C. SECTION 1983. To REDRESS DEPRIVATION, DEMONSTRATED UNDER COLOR OF STATE LAW, LETTER. RIGHTS SECURED BY THE EQUAL PROTECTION, AND DUE PROCESS CLAUSE OF OUR FLORIDA CONSTITUTION OF THE UNITIED STATE'S. PLAINTIFF CLAIMS SEEKS ECONMICAL HEALTH DAMAGES, THE DEFENDANTS CONDUCT FORESEEABLY CREATED, "[A] ZONE OF RISK" THAT POSES

1

A] GENERAL PENOLOGICAL, THREAT OF HARM TO OTHER'S ALIKE.

AND PLAINTIFF SEEKS INJUNCTIVE RELIEF OUT OF REGION

(1). AND. (2). AWAY FROM ALLIE'S OF DEFENDANT'S AUTHORIZED BY;

28. U.S.C. SECTION 2283 AND 2284 AND FED.R.CIV.P. 65. AND

TO SUED FOR NEGLIGENCE UNDER VICARIOUS LIABILITY PRINCIPLES.

AND UNDER UNILATERAL VENUE OF ARTICE III SECTION II.d. OF THE

U.S.C. PURSUNT TO U.S.C. SECTION 1331 AN 1343. (A). (3). HERETO.

2. THE FEDERAL MIDDLE DISTRICT ORLANDO FLORIDA; IS AN

APPROPRIATE VENUE UNDER 28.U.S.C. SECTION 1391. (b). (2).

BECAUSE IT IS WHERE THE EVENTS GIVEN ROSE TO THIS —

CLAIM OCCURRED.

J.                II. PLAINTIFF

MOVANT, PLAINTIFF MR. LEROY CROWDER REED. JR. #625208

IS AND WAS AT ALL TIMES MENTIONED HEREIN IS @

STATE PRISONER IN CUSTODY OF THE DEPARTMENT OF CORRECTION.

NOW CURRENTLY IN PRISON AT GRACEVILLE, FLORIDA STATE

INSTITUTION.

2

4.       III. Joint Tortfeasor's Defendant's

Defendant, Insurance Company Risk Managagement,.., entity of Libility for the State of Florida Employee'(s).,.of the Department of Corrections in Florida,.., Legally is also responsible for the overall-operation of the Department and all institutions under it's jurisdiction, including, here at Graceville Correctional Institution

5.       Defendant, [A], John is the Warden of Mayo Prison. He is legally responsible for the operation of Mayo in 2021 during the incident, (or) infraction. And also was liable for the welfare of all other inmates at Mayo.

6.       Defendant/Tortfeasor [Robert Tillman] the guard is [A] Correctional Officer of the State of Florida Dept. of Corrections who, at all times mentioned in this civil complaint, held rank of Sergent and was on assigned post to [C]-dorm confinement staff, during his tort action.

3

7. EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS [OR HER] OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS CIVIL COMPLAINT, WHERE EACH DEFENDANT ACTED DIRECTLY (OR) CONSPIRED UNDER EXTRINSIC FRAUD UNDER THE COLOR OF STATE LEGISLATIVE, STATUTORY LAW........

FACT'S   SEE: EXHIBIT.[A]. APPEAL'S

8.

4

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

(1). POINT: TORT NEGLIGENT SUPERVISION: ALL TIMES MENTION IN ACTION, EACH DEFENDENTS ACTED INDIVISUALLY (OR) JOINTLY AS TORT FEASOR'S WITHOUT PROVOKENESS NELIGENT UNDER THE COLOR OF STATE LAW OF CARE, CUSTODY, AND CONTROL. BUT WITH NEGLIGENT TORT, DID NOT FULLFILL THE PUBLIC INTEREST OF TRUST. BY USING UNNESSARY FORCE TOWARD (A) SENIOR CITIZEN OF THE STATE PRISON SYSTEM. THAT WAS ALREADY RESTRAINED, HANDS AND FEET WITHOUT ANYWAY TO DEFEND FROM HIS INJURY'S OF 30% LOSS OF LEFT EYE VISION, RIBB DAMAGE AND HEAD CONCUSSION,., REPORTED THE EVE OF THE CRIME, AND OVER FOUR MEDICEL EMEG. NOW SEEKING ECONOMICAL DAMAGES FOR EYE DAMAGE, AND FUTURE PAIN AND SUFFERING. $[3] MILLION.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I' AM REQUESTING THE COURT, FOR INJUNCTION AGAINST THE REGIONAL PANHANDAL PRISON'S AND HARDEE .C.I., AND GULF, WHERE I' HAVE BEEN JUMP BY; MULTABLE OFFICER'S EVEN IN 1995 AT NEW RIVER WEST. HABITUALLY IN THIS REGION WITHOUT CAUSE. NOW AT AGE 66 BORN 1959. I'M IN FEAR FOR MY SAFTY AND FUTURE HEALTH, BECAUSE I AM (A) College. PARALEGAL THAT FILE'S GOOD COMPLAINTS AGAINST THE SECURITY STAFF. NOW I' SEEK ECONOMICAL DAMAGES FORE EYE DAMAGE, AND 30% LOSS of VISION IN LEFT EYE THAT WAS INJURIED; BY: ROBERT TILLMEN. THE AMOUNT OF $[3] MILLION DOLLAR'S FOR FUTURE OPERATIONS, RELATED.

5

AND TRANSFER TO MARION CORRECTIONAL (MEN) INSTITUTION IN FLORIDA
IN MARION COUNTY VENUE, WITH "RESTRANT ORDER" — BY THE COURT TODAY.

### IV. Jury Demand

Are you demanding a jury trial?     ✓ Yes     ___ No

Signed this _____ day of DECEMBER, 2024

Mr. Leroy C. Reed jr # B-625208
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: December / 17 / 2024

MCReed jr #76
Signature of Plaintiff

6